DOMENICK DIGENNARO, Respondent, *v.* COMMONWEALTH AND DOMINION LINE, LTD., Appellant.

(Argued October 15, 1928; decided November 20, 1928.)

*Thaddeus G. Cowell* for appellant.
*Ralph Stout* and *Matthew T. Abruzzo* for respondent.

no opinion.
Concur: CARDOZO, Ch. J., CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.   Dissent: POUND, J.